## MEMORANDUM DECISIONS.

**1**

AMERICAN BRAKE SHOE & FOUNDRY COMPANY, Plaintiff, v. NEW YORK RAILWAYS COMPANY et al., Defendants, and City of New York, Appellant.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

No. 44.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree entered in the District Court for the Southern District of New York.

Cotton & Franklin, of New York City (J. A. Fowler, Jr., of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. This cause having been reached in its regular call on the calendar, appellant refused to proceed. We have examined the record, and have not perceived any obvious error therein.

The appeal is dismissed, with costs.

**2**

ATHENIA STEEL COMPANY, Plaintiff In Error, v. Frank K. BOWERS, as Collector, etc., Defendant in Error.

(Circuit Court of Appeals, Second Circuit. November 11, 1926.)

No. 95.

In Error to the District Court of the United States for the Southern District of New York.

Geo. W. Bristol and Walter H. Dodd, both of New York City, for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (Edw. Feldman, Asst. U. S. Atty., of New York City, of counsel), for defendant in error.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

**3**

ATLANTIC COAST LINE RAILROAD COMPANY, Appellant, v. TOWN OF CONWAY, a Municipal Corporation, Appellee.

(Circuit Court of Appeals, Fourth Circuit. August 23, 1926.)

No. 2526.

Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston.

Thomas W. Davis, of Wilmington, N. C., and F. L. Willcox, of Florence, S. C., for appellant.

Robert B. Scarborough, Sherwood & McMillan, Marion A. Wright, and J. O. Norton, all of Conway, S. C., for appellee.

PER CURIAM. Case dismissed under rule 20, per agreement of attorneys.

**4**

Samuel BROWN and Matthew J. Dunn, Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. November 17, 1926.)

No. 118.

In Error to the District Court of the United States for the Northern District of New York.

Henry F. Toohey, of Schuylerville, N. Y., and John J. O'Connor, of New York City (James M. Dunlavey, of Schuylerville, N. Y., of counsel), for plaintiff in error.

Oliver D. Burden, U. S. Dist. Atty., and Leo W. Breed, Asst. U. S. Atty., both of Syracuse, N. Y., for the United States.

Before MANTON and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment reversed in open court.